

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| By Referral Only, Inc., a California corporation<br><br>**Plaintiff,**<br>V.<br>Travelers Property Casualty Company of America<br><br>**Defendant.** | Civil Action No. 18cv1695-MMA(JLB)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's motion for summary judgment. This order disposes of all claims.

Date:    4/10/19

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  R. Chapman
R. Chapman, Deputy